UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

Hearing Date: October 19, 2016  
Hearing Time: 9:55 a.m.

In Re:

David Fonseca,

Debtor

Case No. 16-23135-RDD  
Chapter 13

Assigned to:  
Hon. Robert D. Drain  
Bankruptcy Judge

## OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

HSBC Bank USA, N.A. (hereinafter "Creditor"), secured creditor of the aforementioned Debtor, by and through its counsel, McCabe Weisberg Conway P.C., hereby objects to the Debtor's Chapter 13 Plan (the "Plan"), filed on September 2, 2016, as follows:

1. Creditor has a secured claim that encumbers the real property located at 147 Chalford Lane, Scarsdale, New York 10583.

2. Creditor is in the process of preparing a timely Proof of Claim to be filed with the Court by the Bar Date of December 15, 2016. Creditor's Claim will include arrears in the amount of approximately $27,922.97.

3. Creditor objects to the Plan because it does not propose to cure the arrears owed on Creditor's claim.

4. By virtue of the foregoing, confirmation of the Debtor's proposed Chapter 13 Plan must be denied pursuant to 11 U.S.C. §§ 1322 and 1325.

**WHEREFORE**, for the foregoing reasons, Creditor prays that an Order be entered denying confirmation of Debtors' Chapter 13 Plan and for such other and further relief as is just and proper.

Dated: New Rochelle, New York
September 16, 2016

_____
Charles Higgs
McCabe, Weisberg and Conway, P.C.
Attorneys for the Creditor
145 Huguenot Street, # 210
New Rochelle, NY 10801
(914) 636-8900 EXT 5685