UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re | Case No. 18-23231 (RDD) |
| Jacqueline Maffei Lewis | |
| *Aka* Jackie Maffei | Chapter 13 |
| Debtor. | |
| SSN xxx-xx-5300 | |

-------------------------------------------------------------------x

**ORDER CONFIRMING CHAPTER 13 PLAN**

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's chapter 13 plan was filed on August 10, 2018 and amended October 22, 2018 (the "Plan"). The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325. Accordingly,

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**

Dated:  White Plains, New York
        December 17, 2018

/s/ Robert D. Drain_____
United States Bankruptcy Judge