UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x

IN RE:

DAVID FONSECA,

                         Debtor.

————————————————————x

kp7299/MP
October 6, 2021
2:00 PM

Case No. 16-23135-SHL-13

Hon. SEAN H. LANE

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee, will move this court before the Hon. Sean H. Lane, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 300 Quarropas, White Plains, NY 10601-4150, on the 6th day of October, 2021 at 2:00 PM, or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       August 18, 2021

                        s/ Krista M. Preuss
                        Krista M. Preuss, Chapter 13 Trustee
                        399 Knollwood Road, Ste 102
                        White Plains, NY 10603
                        (914) 328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

kp7299/MP
October 6, 2021
2:00 PM

————————————————————x

IN RE:                                                     Case No: 16-23135-SHL-13

DAVID FONSECA,                                            Hon. SEAN H. LANE

                                                          **APPLICATION**

                        Debtor.

————————————————————x

TO THE HONORABLE SEAN H. LANE, U.S. BANKRUPTCY JUDGE:

        KRISTA M. PREUSS, Chapter 13 Trustee in the above-captioned estate, respectfully
represents the following:

        1.      The Debtor commenced this Chapter 13 case by filing a voluntary petition
on August 19, 2016. Thereafter, KRISTA M. PREUSS was duly appointed and qualified as
Trustee.

        2.      The Chapter 13 Plan will expire as of August 2021; however, the Debtor has failed
to:

        a.  provide the Trustee with copies of the filed federal and state tax returns for
            the year(s) 2020, and refunds if applicable;

        b.  file with the Court a certification that all amounts payable under a domestic
            support obligation have been paid as required by 11 U.S.C. §1328(a); and

        c.  file with the Court evidence that the Debtor has completed an instructional
            course concerning personal financial management as required by 11 U.S.C.
            §1328(g)(1).

        3.      The deficiencies as stated above impede the Trustee's ability to administer this
case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor
pursuant to 11 U.S.C. §1307(c)(1).

        4.      The foregoing constitutes cause to dismiss this Chapter 13 case within the
meaning of 11 U.S.C. §1307(c).

        WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an order
dismissing this Chapter 13 case and such other and further relief as may seem just and proper.

 Date:  August 18, 2021
        White Plains, New York

                                                    /s/ *Krista M. Preuss*
                                                    Krista M. Preuss, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x          Case No: 16-23135-SHL-13

IN RE:

   DAVID FONSECA,

                                          **CERTIFICATE OF SERVICE**
                                              **BY MAIL**

                           Debtor.
------------------------------------------------------x

                This is to certify that I, Michelle Puma, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

DAVID FONSECA
147 CHALFORD LANE
SCARSDALE, NY 10583

NORMA E. ORTIZ, ESQ.
ORTIZ & ORTIZ, LLP
32-72 STEINWAY STREET, SUITE 402
ASTORIA, NY 11103

JORDAN S KATZ, ESQ.
ATTORNEYS FOR MOVANT
40 MARCUS DRIVE SUITE 200
MELVILLE NY 11747

CHARLES A. HIGGS, ESQ.
MCCABE, WEISBERG & CONWAY, P.C.
145 HUGUENOT STREET SUITE 210
NEW ROCHELLE NY 10801

This August 18, 2021
<u>s/Michelle Puma</u>
Michelle Puma, Clerk
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333

CASE NO:  16-23135-SHL-13
Hon. SEAN H. LANE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————————————————————
IN RE:

DAVID FONSECA,

                    Debtor.
————————————————————————————————————————————————————

**NOTICE OF MOTION AND APPLICATION TO DISMISS CASE**

--------------------------------------------------------------------------------------------------------------------

KRISTA M. PREUSS, TRUSTEE
399 KNOLLWOOD ROAD, STE 102
WHITE PLAINS, NY 10603
(914) 328-6333